CHRISTOPHER E. PRINCE (SBN 183553)
  cprince@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA  90015
T: (213) 493-6496
F: (213) 493-6596

Attorneys for Plaintiff Dikla Gavrieli,
individually and derivatively on behalf of
Gavrieli Brands, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>       Debtor. | Case No.  2:21-bk-10826-BB<br><br>Chapter 11<br><br>Adv. No.  2:21-ap-01034-BB |
| DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>  v.<br><br>KFIR GAVIELI, an individual,<br><br>       Defendant.<br><br>-and-<br><br>GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>       Nominal Defendant. | **PLAINTIFF DIKLA GAVRIELI'S APPLICATION FOR ORDER TO SHOW CAUSE WHY KFIR GAVRIELI SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTOPHER E. PRINCE**<br><br>_____<br><br><u>Hearing Information:</u><br>Date: May 12, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>   255 E. Temple Street<br>   Los Angeles, CA 90012<br>   Or Remotely Via ZoomGov |

1

PLEASE TAKE NOTICE that, at the above-referenced date, time and location, or as soon thereafter as the matter may be heard, Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin, individually and derivatively on behalf of Gavrieli Brands, LLC ("Plaintiff"), will and hereby does apply to the Court (the "Application") for an Order to Show Cause why Kfir Gavrieli should not be held in contempt for failing to comply with a subpoena for documents and testimony issued by Plaintiff.

This Application is made pursuant to Federal Rule of Civil Procedure 45, made applicable by Federal Rule of Bankruptcy Procedure ("FRBP") 9016, FRBP 9020, and Local Bankruptcy Rule ("LBR") 9020-1(a).

PLEASE TAKE FURTHER NOTICE that this Application is based on this Notice of Application and Application, the attached Memorandum of Points and Authorities and Declaration of Christopher E. Prince, and all other papers, documents, or exhibits that may be filed in support of this Application, and the argument of counsel made at the hearing.

PLEASE TAKE FURTHER NOTICE that LBR 9020-1(b) requires that any objection to the issuance of the Order to Show Cause be filed with the Court and served on the parties no less than 7 days after service of the Application. Pursuant to subsection (d), "If a written explanation is not timely filed and a judge's copy served, the court may conclude that there is no objection to issuance of the order to show cause."

DATED: April 20, 2026                    LESNICK PRINCE PAPPAS & ALVERSON LLP


By: _____
      Christopher E. Prince
      Counsel for Plaintiff Dikla Gavrieli a/k/a Dikla
      Gavrieli Unatin, individually and derivatively on
      behalf of Gavrieli Brands, LLC

## **MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin ("Plaintiff"), individually and derivatively on behalf of Gavrieli Brands, LLC, seeks an order requiring Kfir Gavrieli to show cause why he should not be held in contempt for failing to comply with a subpoena for documents and testimony (the "Subpoena").

Kfir has failed to produce responsive documents or appear for testimony as required. Kfir's noncompliance, without justification, has prejudiced Plaintiff's ability to prosecute this adversary proceeding and warrants the issuance of an order to show cause why Kfir should not be held in contempt pursuant to Federal Rule of Civil Procedure 45, made applicable by Federal Rule of Bankruptcy Procedure ("FRBP") 9016, FRBP 9020, and Local Bankruptcy Rule ("LBR") 9020-1(a).

**II.    BACKGROUND**

On December 11, 2023, Plaintiff served the Subpoena on Kfir, seeking the production of documents and testimony relevant to the claims and defenses in this action. [Prince Decl. ¶ 2.] Following issuance of the Subpoena, the parties voluntarily stayed this litigation for an extended period during settlement discussions. [Prince Decl. ¶ 3.] After those discussions concluded, Plaintiff renewed efforts to obtain compliance. [*Id.*]

To date, Kfir has not complied with the Subpoena and has provided no adequate justification for its noncompliance. [*Id.*] Plaintiff's counsel has contacted two separate counsel for Kfir, Sam S. Yebri and Jeffrey Reisner, regarding the Subpoena, but has received no response. [Prince Decl. ¶¶ 4-5, Ex. A.]

**III.    ARGUMENT**

FRBP 9020 and LBR 9020-1 authorize this Court to issue orders to show cause and impose contempt sanctions. Kfir's dismissal of his obligations under the Subpoena warrants contempt. Kfir's refusal to produce documents or appear for testimony

has delayed this action and prejudiced Plaintiff's ability to prepare her case. Court intervention is necessary, as Kfir shows no intent to otherwise comply.

To the extent Kfir contends that any delay in enforcement of the Subpoena excuses his noncompliance, that argument fails. The timing resulted from the parties' agreed stay during settlement discussions and does not relieve Kfir of his obligations. In any event, to the extent Kfir asserts a potentially valid procedural objection based on timing, Plaintiff seeks reissuance of the Subpoena to eliminate that issue and ensure compliance.

**IV.    CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order to Show Cause why Kfir should not be held in contempt for failing to comply with the Subpoena and for such further relief as the Court deems just and proper.

DATED: April 20, 2026                      LESNICK PRINCE PAPPAS & ALVERSON LLP


By: _____
                                      Christopher E. Prince
                                      Counsel for Plaintiff Dikla Gavrieli a/k/a Dikla
                                      Gavrieli Unatin, individually and derivatively on
                                      behalf of Gavrieli Brands, LLC

## DECLARATION OF CHRISTOPHER E. PRINCE

I, Christopher E. Prince, declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner with the law firm Lesnick Prince Pappas & Alverson LLP, counsel of record for Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin, individually and derivatively on behalf of Gavrieli Brands, LLC ("Plaintiff" or "Dikla"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On December 11, 2023, Plaintiff served a subpoena for documents and testimony (the "Subpoena") on Kfir Gavrieli, seeking the production of documents and testimony relevant to the claims and defenses in this action.

3.      Following issuance of the Subpoena, the parties voluntarily stayed this litigation for an extended period during settlement discussions. After those discussions concluded, Plaintiff renewed efforts to obtain compliance. To date, Kfir has not complied with the Subpoena and has provided no adequate justification for its noncompliance.

4.      On March 26, 2026, I emailed Sam S. Yebri, counsel for Kfir, regarding the Subpoena. Mr. Yebri did not respond. A true and correct copy of my email correspondence with Mr. Yebri is attached hereto as Exhibit A.

5.      As shown in Exhibit A, when Mr. Siebri did not respond to may March 26, 2026 correspondence, I emailed another counsel for Kfir, Jeffrey Reisner. Mr. Reisner did not respond to me either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2026 at Los Angeles, California.

_____
Christopher E. Prince

# EXHIBIT A

| | |
|---|---|
| **From:** | Christopher Prince |
| **To:** | Jeffrey Reisner |
| **Subject:** | FW: Kfir Gavrieli |
| **Date:** | Wednesday, April 8, 2026 1:04:00 PM |
| **Attachments:** | image001.png |

Counsel,

I reached out to Mr. Gavrieli's counsel regarding the subpoena that Latham served on him, but I have not gotten a response. Do you know if he still represents Mr. Gavrieli with respect to the subpoena? If not, do you know who does?

**From:** Christopher Prince
**Sent:** Thursday, March 26, 2026 3:13 PM
**To:** syebri@mylawllp.com
**Cc:** DANIEL.SCHECTER@lw.com
**Subject:** RE: Kfir Gavrieli

Mr. Syebri,

I represent Dean and Dikla Unatin in the matter in which the subpoena discussed below was issued. I am copying Daniel Schecter who can confirm that my firm has substituted in as counsel in place of Latham & Watkins.

As you may know, the litigation was stayed voluntarily by the parties for a long period during settlement negotiations. It has been reactivated several months now, and the Unatins are seeking the documents and testimony required by the subpoena. Please let me know if you still represent Mr. Gavrieli in connection with the subpoena.

Regards,

Christopher Prince



**Christopher E. Prince**
Lesnick Prince Pappas & Alverson LLP
315 West Ninth Street, Suite 705
Los Angeles, California  90015
t    213.291.8984
f    213.493.6596
cprince@lesnickprince.com
www.lesnickprince.com

**From:** syebri@mylawllp.com <syebri@mylawllp.com>
**Sent:** Saturday, January 13, 2024 4:51 PM
**To:** DANIEL.SCHECTER@lw.com; Tara.McCortney@lw.com
**Cc:** tiekslitigation.lwteam@lw.com
**Subject:** Re: Kfir Gavrieli

Mr. Schecter:

I have no knowledge of any "run-around," as I was recently engaged in this matter.

Your email below mischaracterizes my correspondence to you.  I did not state that I was not going to search for responsive documents that Mr. Gavrieli holds personally. I understand that virtually all company business is conducted through Mr. Gavrieli's tieks.com email account, so I do not expect to find and produce many, if any, responsive documents from personal sources.

**Sam S. Yebri, Esq.**
MERINO | YEBRI, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.551.2015 | F: 310.693.9458
syebri@mylawllp.com | www.MYLAWLLP.com

*Please consider the environment before printing this email.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Confidentiality Notice**: This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

**From:** DANIEL.SCHECTER@lw.com <DANIEL.SCHECTER@lw.com>
**Sent:** Friday, January 12, 2024 9:07 AM
**To:** Sam Yebri <syebri@mylawllp.com>; Tara.McCortney@lw.com <Tara.McCortney@lw.com>
**Cc:** tiekslitigation.lwteam@lw.com <tiekslitigation.lwteam@lw.com>
**Subject:** RE: Kfir Gavrieli

Mr. Yebri, one has nothing to do with the other, and it did not require a month for you take this position, which smacks of the same run-around we have been getting in discovery for months (and years).

Mr. Gavrieli is under subpoena and has an obligation to produce documents.  The scope of the Company's production does not impact whether Mr. Gavrieli has responsive documents in his personal capacity, such as on his personal email or devices.  As just one example, we know from the prior litigation that Mr. Gavrieli communicated extensively via WhatsApp and iMessage/text.  Have you reviewed his WhatsApp, iMessage, and texts to determine if he has responsive communications?

If it is your intention to assert that he has no responsive documents in his personal capacity, we will take steps to verify that you conducted a reasonable inquiry to confirm that is the case consistent with your client's and your duties under FRCP 26 and FRBP 7026.

dss

---

**From:** Sam Yebri <syebri@mylawllp.com>
**Sent:** Friday, January 12, 2024 8:07 AM
**To:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; McCortney, Tara (LA) <Tara.McCortney@lw.com>
**Cc:** jreisner@Steptoe.com; klyman@Steptoe.com; alibeu@hueston.com; mcamp@hueston.com; #C-M TIEKS LITIGATION - LW TEAM <tiekslitigation.lwteam@lw.com>
**Subject:** Re: Kfir Gavrieli

I understand that counsel for the parties are meeting and conferring today regarding document production and depositions.  I will be in a position to respond to your email after that meeting, given that I do not expect to produce documents on behalf of Mr. Gavrieli personally beyond what will be produced by the company's counsel.

**Sam S. Yebri, Esq.**
MERINO | YEBRI, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.551.2015 | F: 310.693.9458
syebri@mylawllp.com | www.MYLAWLLP.com

*Please consider the environment before printing this email.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Confidentiality Notice**: This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

---

**From:** DANIEL.SCHECTER@lw.com <DANIEL.SCHECTER@lw.com>
**Sent:** Thursday, January 11, 2024 9:24 AM
**To:** Tara.McCortney@lw.com <Tara.McCortney@lw.com>; Sam Yebri <syebri@mylawllp.com>
**Cc:** jreisner@Steptoe.com <jreisner@Steptoe.com>; klyman@Steptoe.com <klyman@Steptoe.com>; alibeu@hueston.com <alibeu@hueston.com>; mcamp@hueston.com <mcamp@hueston.com>; tiekslitigation.lwteam@lw.com <tiekslitigation.lwteam@lw.com>
**Subject:** RE: Kfir Gavrieli

Following up on this – please confirm whether Mr. Gavrieli plans to produce documents on January 17 pursuant to the document subpoena.  Given that the discovery cut-off is March 31, and we have yet to receive nearly any document discovery in this matter, we need to schedule the production with that date in mind.

dss

---

**From:** McCortney, Tara (LA) <Tara.McCortney@lw.com>
**Sent:** Wednesday, January 3, 2024 6:12 PM
**To:** Sam Yebri <syebri@mylawllp.com>; Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>
**Cc:** jreisner@Steptoe.com; klyman@Steptoe.com; alibeu@hueston.com; mcamp@hueston.com; #C-M TIEKS LITIGATION - LW TEAM <tiekslitigation.lwteam@lw.com>
**Subject:** RE: Kfir Gavrieli

Sam,

Circling back to this – we think a January 17 production deadline is reasonable given that you will have had the subpoena for over a month by then.  As you know, the deadline for fact discovery in this matter is March 31, 2024, and Plaintiff has yet to receive virtually any document discovery in this proceeding.

Best,

Tara

**Tara McCortney**

**LATHAM & WATKINS LLP**

355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560

D: +1.213.891.7817

---

**From:** Sam Yebri <syebri@mylawllp.com>
**Sent:** Monday, December 11, 2023 4:20 PM
**To:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>
**Cc:** jreisner@Steptoe.com; klyman@Steptoe.com; alibeu@hueston.com; mcamp@hueston.com; #C-M TIEKS LITIGATION - LW TEAM <tiekslitigation.lwteam@lw.com>
**Subject:** Re: Kfir Gavrieli

Mr. Schecter,
I am out of town on January 5th.  I just received the subpoena today and will need some time to review it and evaluate it with my client.  I will revert back with a proposed production deadline.

**Sam S. Yebri, Esq.**
MERINO | YEBRI, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.551.2015 | F: 310.693.9458
syebri@mylawllp.com | www.MYLAWLLP.com

*Please consider the environment before printing this email.*

*******************************************

**Confidentiality Notice**: This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

---

**From:** DANIEL.SCHECTER@lw.com <DANIEL.SCHECTER@lw.com>
**Sent:** Monday, December 11, 2023 3:02 PM
**To:** Sam Yebri <syebri@mylawllp.com>
**Cc:** jreisner@Steptoe.com <jreisner@Steptoe.com>; klyman@Steptoe.com <klyman@Steptoe.com>; alibeu@hueston.com <alibeu@hueston.com>; mcamp@hueston.com <mcamp@hueston.com>; tiekslitigation.lwteam@lw.com <tiekslitigation.lwteam@lw.com>
**Subject:** RE: Kfir Gavrieli

Thank you.  Why don't we deem it served today with a revised production deadline of January 5, 2024.

**From:** Sam Yebri <syebri@mylawllp.com>
**Sent:** Monday, December 11, 2023 2:42 PM
**To:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>
**Cc:** jreisner@Steptoe.com; klyman@Steptoe.com; alibeu@hueston.com; mcamp@hueston.com; #C-M TIEKS LITIGATION - LW TEAM <tiekslitigation.lwteam@lw.com>
**Subject:** Re: Kfir Gavrieli

Yes, I am authorized to accept service of a subpoena on behalf of Mr. Gavrieli.  I will accept service electronically.  The production date on the subpoena that was provided to me states December 6, 2023.

**Sam S. Yebri, Esq.**
MERINO | YEBRI, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.551.2015 | F: 310.693.9458
syebri@mylawllp.com | www.MYLAWLLP.com

*Please consider the environment before printing this email.*

*******************************************
**Confidentiality Notice**: This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

**From:** DANIEL.SCHECTER@lw.com <DANIEL.SCHECTER@lw.com>
**Sent:** Monday, December 11, 2023 2:23 PM
**To:** Sam Yebri <syebri@mylawllp.com>
**Cc:** jreisner@Steptoe.com <jreisner@Steptoe.com>; klyman@Steptoe.com <klyman@Steptoe.com>; alibeu@hueston.com <alibeu@hueston.com>; mcamp@hueston.com <mcamp@hueston.com>; tiekslitigation.lwteam@lw.com <tiekslitigation.lwteam@lw.com>
**Subject:** RE: Kfir Gavrieli

Thank you Mr. Yebri.  Are you authorized to accept service?

There is a status conference in this adversary proceeding tomorrow with the Court, and I'd like to advise the Court of the status of our two pending subpoenas (the other was issued to the Company and its counsel has accepted service).

dss

---

**From:** Sam Yebri <syebri@mylawllp.com>
**Date:** Monday, Dec 11, 2023 at 2:21 PM
**To:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>
**Cc:** Jeffrey <jreisner@Steptoe.com>, Kerri <klyman@Steptoe.com>, Allison Libeu <alibeu@hueston.com>, Marshall Camp <mcamp@hueston.com>
**Subject:** Kfir Gavrieli

Mr. Schecter,

My firm has been retained to represent Kfir Gavrieli in connection with the attached subpoena.  You can direct correspondence about this subpoena to my attention.

**Sam S. Yebri, Esq.**
MERINO | YEBRI, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.551.2015 | F: 310.693.9458
syebri@mylawllp.com | www.MYLAWLLP.com

*Please consider the environment before printing this email.*

*******************************************

**<u>Confidentiality Notice</u>**: This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies

and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Lesnick Prince Pappas & Alverson LLP, 315 W. 9th Street, Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled **PLAINTIFF DIKLA GAVRIELI'S APPLICATION FOR ORDER TO SHOW CAUSE WHY KFIR GAVRIELI SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTOPHER E. PRINCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/20/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gregory K Jones**     gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
- **Robert Allan Kors (TR)**     robertkorstrustee@gmail.com
- **Allison L Libeu**     alibeu@hueston.com, sjones@hueston.com
- **William N Lobel**     blobel@wghlawyers.com, mmason@tocounsel.com
- **Kerri A Lyman**     klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Christopher E Prince**     cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;porpe@lesnickprince.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Richard Lee Wynne**     richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-7245@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/20/2026 | Lisa R. Patel | /s/Lisa R. Patel |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**