CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA  90015
T: (213) 493-6496
F:  (213) 493-6596

Attorneys for Plaintiff Dikla Gavrieli,
individually and derivatively on behalf of
Gavrieli Brands, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>                      Debtor. | Case No.  2:21-bk-10826-BB<br><br>Chapter 11<br><br>Adv. No.  2:21-ap-01034-BB |
| DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>                      Plaintiff,<br><br>        v.<br><br>KFIR GAVIELI, an individual,<br><br>                      Defendant.<br><br>-and-<br><br>GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>                 Nominal Defendant. | **PLAINTIFF DIKLA GAVRIELI'S APPLICATION FOR ORDER TO SHOW CAUSE WHY NOMINAL DEFENDANT GAVRIELI BRANDS, LLC SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTOPHER E. PRINCE**<br><br>Hearing Information:<br>Date:   May 12, 2026<br>Time:   2:00 p.m.<br>Place:  Courtroom 1539<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br>         Or Remotely Via ZoomGov |

1

PLEASE TAKE NOTICE that, at the above-referenced date, time and location, or as soon thereafter as the matter may be heard, Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin, individually and derivatively on behalf of Gavrieli Brands, LLC ("Plaintiff"), will and hereby does apply to the Court (the "Application") for an Order to Show Cause why Nominal Defendant Gavrieli Brands, LLC ("Defendant") should not be held in contempt for failing to comply with a subpoena for documents and testimony issued by Plaintiff.

This Application is made pursuant to Federal Rule of Civil Procedure 45, made applicable by Federal Rule of Bankruptcy Procedure ("FRBP") 9016, FRBP 9020, and Local Bankruptcy Rule ("LBR") 9020-1(a).

PLEASE TAKE FURTHER NOTICE that this Application is based on this Notice of Application and Application, the attached Memorandum of Points and Authorities and Declaration of Christopher E. Prince, and all other papers, documents, or exhibits that may be filed in support of this Application, and the argument of counsel made at the hearing.

PLEASE TAKE FURTHER NOTICE that LBR 9020-1(b) requires that any objection to the issuance of the Order to Show Cause be filed with the Court and served on the parties no less than 7 days after service of the Application. Pursuant to subsection (d), "If a written explanation is not timely filed and a judge's copy served, the court may conclude that there is no objection to issuance of the order to show cause."

DATED: April 20, 2026                LESNICK PRINCE PAPPAS & ALVERSON LLP

By: _____
Christopher E. Prince
Counsel for Plaintiff Dikla Gavrieli a/k/a Dikla
Gavrieli Unatin, individually and derivatively on
behalf of Gavrieli Brands, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      INTRODUCTION**

Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin ("Plaintiff"), individually and derivatively on behalf of Gavrieli Brands, LLC, seeks an order requiring Nominal Defendant Gavrieli Brands, LLC ("Defendant") to show cause why it should not be held in contempt for failing to comply with a subpoena for documents and testimony (the "Subpoena").

Despite litigating the scope of the Subpoena and being subject to a Court order resolving its objections, Defendant has failed to produce responsive documents or appear for testimony as required. Defendant's noncompliance, without justification, has prejudiced Plaintiff's ability to prosecute this adversary proceeding and warrants the issuance of an order to show cause why Defendant should not be held in contempt pursuant to Federal Rule of Civil Procedure 45, made applicable by Federal Rule of Bankruptcy Procedure ("FRBP") 9016, FRBP 9020, and Local Bankruptcy Rule ("LBR") 9020-1(a).

**II.     BACKGROUND**

On November 17, 2023, Plaintiff served the Subpoena on Defendant, seeking the production of documents and testimony relevant to the claims and defenses in this action. [Prince Decl. ¶ 2.] Defendant filed a motion to quash the Subpoena, which was heard on November 28, 2023. [Prince Decl. ¶ 3.] On December 1, 2023, the Court entered an order granting the motion to quash in part and denying it in part, thereby requiring Defendant to comply with the Subpoena as narrowed. [*Id*., Ex. A.]

Following that ruling, the parties voluntarily stayed this litigation for an extended period during settlement discussions. [Prince Decl. ¶ 4.] After those discussions concluded, Plaintiff renewed efforts to obtain compliance. [*Id*.] Despite repeated requests, Defendant has failed and refused to produce documents or provide testimony. [Prince Decl. ¶ 5, Ex. B.] To date, Defendant has not complied with the Subpoena or the Court's order and has provided no adequate justification for its noncompliance. [Prince Decl. ¶ 6.]

## III.   ARGUMENT

FRBP 9020 and LBR 9020-1 authorize this Court to issue orders to show cause and impose contempt sanctions. Defendant's failure to comply with the Subpoena, particularly after the Court ruled on its objections and ordered compliance, warrants contempt. The relevant facts are undisputed: the Subpoena was properly issued and served, Defendant challenged it, the Court required compliance in part, and Defendant has not complied. This constitutes a knowing violation of both a subpoena and a court order.

Defendant's refusal to produce documents or appear for testimony has delayed this action and prejudiced Plaintiff's ability to prepare her case. Court intervention is necessary, as Defendant shows no intent to otherwise comply.

To the extent Defendant contends that any delay in enforcement of the Subpoena excuses its noncompliance, that argument fails. The timing resulted from the parties' agreed stay during settlement discussions and does not relieve Defendant of its obligations. In any event, to the extent Defendant asserts a potentially valid procedural objection based on timing, Plaintiff seeks reissuance of the Subpoena to eliminate that issue and ensure compliance.

## IV.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order to Show Cause why Defendant should not be held in contempt for failing to comply with the Subpoena and for such further relief as the Court deems just and proper.

DATED: April 20, 2026                LESNICK PRINCE PAPPAS & ALVERSON LLP


By: _____
    Christopher E. Prince
    Counsel for Plaintiff Dikla Gavrieli a/k/a Dikla
    Gavrieli Unatin, individually and derivatively on
    behalf of Gavrieli Brands, LLC

4

## <u>DECLARATION OF CHRISTOPHER E. PRINCE</u>

I, Christopher E. Prince, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner with the law firm Lesnick Prince Pappas & Alverson LLP, counsel of record for Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin, individually and derivatively on behalf of Gavrieli Brands, LLC ("Plaintiff" or "Dikla"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On November 17, 2023, Plaintiff served a subpoena for documents and testimony (the "Subpoena") on Nominal Defendant Gavrieli Brands, LLC ("Defendant"), seeking the production of documents and testimony relevant to the claims and defenses in this action.

3. Defendant filed a motion to quash the Subpoena, which was heard on November 28, 2023. On December 1, 2023, the Court entered an order granting the motion to quash in part and denying it in part (the "Motion to Quash Order"), thereby requiring Defendant to comply with the Subpoena as narrowed. A true and correct copy of the Order is attached hereto as Exhibit A.

4. Following that ruling, the parties voluntarily stayed this litigation for an extended period during settlement discussions. After those discussions concluded, Plaintiff renewed efforts to obtain compliance.

5. Despite repeated requests, Defendant has failed and refused to produce documents or provide testimony. Since March 26, 2026, I have attempted to obtain Defendant's compliance with the Subpoena. A true and correct copy of my email correspondence with Defendant's counsel regarding the Subpoena is attached hereto as Exhibit B.

6. As shown in Exhibit B, on April 14, 2026, Justin Owens, counsel for Defendant, emailed me that he is "skeptical that the company, as a third-party to this action, has any obligation to provide documents or testimony under the circumstances (*i.e.*, extensive delay both before and after the discovery cutoff)."

7.      To date, Defendant has not complied with the Subpoena or the Motion to Quash Order and has provided no adequate justification for its noncompliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2026 at Los Angeles, California.

_____
Christopher E. Prince

# EXHIBIT A

STRADLING YOCCA
CARLSON & RAUTH, P.C.
Gregory K. Jones, Bar No. 181072
  gjones@stradlinglaw.com
Jeremy G. Suiter, Bar No. 203853
  jsuiter@stradlinglaw.com
Justin N. Owens, Bar No. 254733
  jowens@stradlinglaw.com
Lila J. Reiner, Bar No. 349835
  lreiner@stradlinglaw.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Nominal Defendant
Gavrieli Brands, LLC

**FILED & ENTERED**

**DEC 01 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli  DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,<br><br>              Debtor.<br><br>DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>              vs.<br><br>KFIR GAVRIELI, an individual,<br><br>              Debtor,<br><br>              -and-<br><br>GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>              Nominal Defendant. | Case No. 2:21-bk-10826-BB (Ch. 11)<br><br>Adversary No. 2:21-ap-01034-BB<br><br>Assigned to Hon. Sheri Bluebond<br><br>**ORDER ON NOMINAL DEFENDANT GAVRIELI BRANDS, LLC'S MOTION TO QUASH SUBPOENA**<br><br><u>Hearing</u>:<br>Date:  November 28, 2023<br>Time:  2:00 p.m.<br>Place:  Courtroom 1539<br>          255 E. Temple St., Suite 1534<br>          Los Angeles, CA  90012 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

Adversary No. 2:21-ap-01034-BB

4854-4674-2164v1/107764-0001

On November 28, 2023, the Court held a hearing on Nominal Defendant Gavrieli Brands, LLC's ("Gavrieli Brands") Motion to Quash Subpoena (the "Motion").

The Court, having considered the Motion, all papers in support and opposition, and the arguments of counsel, and for the reasons set forth by the Court during the hearing on the motion,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Court's tentative ruling, attached hereto as Exhibit A. The Court adopts the tentative ruling set forth in Exhibit A as the Order of the Court on the Motion.

2. The Company shall designate its Rule 30(b)(6) witness(es) by December 31, 2023 and the parties shall thereafter meet and confer regarding scheduling mutually convenient dates in January 2024 for the deposition(s).

###

Date: December 1, 2023

Sheri Bluebond
United States Bankruptcy Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

-2-

Adversary No. 2:21-ap-01034-BB

4854-4674-2164v1/107764-0001

# EXHIBIT A

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Sheri Bluebond, Presiding**
**Courtroom 1539 Calendar**

**Tuesday, November 28, 2023**                                    **Hearing Room    1539**

2:00 PM
**2:21-10826    Kfir Gavrieli**                                          **Chapter 11**
Adv#: 2:21-01034        Gavrieli et al v. Gavrieli et al

**#204.00**        Motion to Quash Subpoena

Docket        152

**Tentative Ruling:**

Grant in part and deny in part.

Prior rulings about the scope of discovery between these parties that were
related to plan confirmation are not relevant to the outcome of this dispute.
Court is not concerned that some questions may more appropriately be
directed to Mr. Gavrieli in his individual capacity than to the company.  A party
is permitted to request the same discovery from more than one source.  To
the extent that the company has the information requested, it should provide
that information. (And the company is free to designate Mr. Gavrieli as the
person most knowledgeable about some of these topics if he is the one with
the most knowledge on those topics.)

This disputes is about topics for a deposition.  It is not a document production
request. The company is not a human and will therefore need to provide the
person most knowledgeable about these various topics for a deposition.
Perhaps the person most knowledgeable about these topics is a single
person; perhaps the company will need to provide more than one person to
respond.  But, again, the idea is that the company has to provide the person
with the *most* knowledge -- not someone who has memorized all of the
company's books and records or every event that has occurred that is
relevant to the topic.  Court recognizes that, in the context of a deposition, a
witness will necessarily be providing general answers to these questions
instead of line-by-line recitations of each and every detail relevant to the topic
identified.

Court agrees with plaintiff that the topics are appropriate and germane, but,
as with the plaintiff's document requests, in some instances, the manner in
which they are phrased makes the requests appear daunting, confusing or
vague.  The court recommends the following revisions to the 9 disputed

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Sheri Bluebond, Presiding**
**Courtroom 1539 Calendar**

**Tuesday, November 28, 2023**                                              Hearing Room        1539

2:00 PM
**CONT...        Kfir Gavrieli**                                                                    **Chapter 11**
topics.    Again, in each case, the company should provide for examination the
person at the company who is the most knowledgeable about these topics.

1.  Whether and to what extent the company experienced the following during
the Relevant Period:  (a) supply chain disruptions; (b) rising costs; (c)
increased competition; (d) reduced demand and (e) signficantly increased
cash needs.

1(a).  Steps taken by the Company during the Relevant Period to address the
problems identified in item 1 above.

2.  This topic is fine as revised in the stipulation.

3.  This topic is fine as set forth in the stipulation.

5.  Any efforts made by the Company during the Relevant Period to redesign
or overhaul its website (not mere updates made in light of changes to product
line or pricing).

13.  Any procedures that the Company had in place during the Relevant
Period to ensure that company funds were used only for business related
expenses of the Company, rather than for personal expenses of officers and
employees or their friends and family members.

13(a).  Instances in which company funds were expended for purposes other
than business-related expenses of the Company during the Relevant Period.

(Note:  Again, either the person most knowledgeable will be aware of such
instances and can testify as to the examples that he or she recalls or that
person will not be aware of or recall any such instances.)

16.  Any experts or outside professionals retained or consulted by the
Company during the Relevant Period to assist or advise the Company with
regard to issues affecting its financial performance, including without limitation
such matters as marketing, advertising, sales channels, product development
and the challenges outlined in topic 1.

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Sheri Bluebond, Presiding**
**Courtroom 1539 Calendar**

| | |
|---|---|
| **Tuesday, November 28, 2023** | **Hearing Room    1539** |

2:00 PM
**CONT...        Kfir Gavrieli**                                                                    **Chapter 11**

19. Any efforts by the Company during the Relevant Period to objectively measure customer satisfaction, rates of return or exchange and/or brand reputation.

21. Revised topic 21 is fine, but should be limited to the Relevant Period and broken into two parts:  (a) fines or penalties paid by or levied against the Company during the relevant period; and (b) lawsuits to which the Company was a party or with which the Company was threatened at any time during the Relevant Period.

23. Revised topic 23 is fine as is, if limited to the Relevant Period.

| **Party Information** |
|---|

**Debtor(s):**

Kfir  Gavrieli                                            Represented By
                                                              Jeffrey M. Reisner
                                                              Kerri A Lyman
                                                              William N Lobel

**Defendant(s):**

Kfir  Gavrieli                                            Represented By
                                                              William N Lobel
                                                              Kerri A Lyman

Gavrieli Brands LLC                              Represented By
                                                              Gregory K Jones

**Movant(s):**

Gavrieli Brands LLC                              Represented By
                                                              Gregory K Jones
                                                              Gregory K Jones

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Sheri Bluebond, Presiding
### Courtroom 1539 Calendar

**Tuesday, November 28, 2023**                                              **Hearing Room    1539**

<u>2:00 PM</u>
**CONT...        Kfir Gavrieli**                                                        **Chapter 11**
   <u>**Plaintiff(s):**</u>

     Dikla  Gavrieli                          Represented By
                Amy  Quartarolo
                Peter  Gilhuly
                Daniel S Schecter

     Dikla  Gavrieli, derivatively on          Represented By
                Amy  Quartarolo
                Peter  Gilhuly
                Daniel S Schecter

     Dean  Unatin                            Represented By
                Amy  Quartarolo
                Peter  Gilhuly
                Daniel S Schecter

   <u>**Trustee(s):**</u>

     Robert Allan Kors (TR)                   Represented By
                William Schumacher
                Mark  Shinderman
                Mohammad  Tehrani

# EXHIBIT B

| | |
|---|---|
| **From:** | Christopher Prince |
| **To:** | Owens, Justin N. |
| **Subject:** | RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents |
| **Date:** | Tuesday, April 14, 2026 10:35:00 AM |
| **Attachments:** | Bankr.C.D.Cal._2-21-ap-01034_154.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | Bankr.C.D.Cal._2-21-ap-01034_168.pdf |

Here you go.

**From:** Owens, Justin N. <JOwens@stradlinglaw.com>
**Sent:** Tuesday, April 14, 2026 9:39 AM
**To:** Christopher Prince <cprince@lesnickprince.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Thanks, Chris.  I'm skeptical that the company, as a third-party to this action, has any obligation to provide documents or testimony under the circumstances (*i.e.*, extensive delay both before and after the discovery cutoff). But I'm happy to take a look at the motion papers and court order your clients are relying on.

-Justin



**Justin Owens**
Partner
JOwens@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4076
stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Christopher Prince <cprince@lesnickprince.com>
**Sent:** Friday, April 10, 2026 2:22 PM
**To:** Owens, Justin N. <JOwens@stradlinglaw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

I can sympathize with the challenges.

The discovery cutoff has passed, but not the deadline to bring motions.  Also, the court ruled on the Company's motion to quash made rulings directing compliance with various portions of the subpoena, so I would be seeking to enforce the court's prior order.

If you need copies of the motion papers and the court's ruling, let me know.

---

**From:** Owens, Justin N. <JOwens@stradlinglaw.com>
**Sent:** Friday, April 10, 2026 2:16 PM
**To:** Christopher Prince <cprince@lesnickprince.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Chris,

Sorting this out has been a challenge because the associate assigned to the matter (Lila Reiner) also left the firm over a year ago for a clerkship. Considering that the latest email in this thread was from March 13, 2024 I assume the discovery cutoff has passed, but I'm happy to schedule a call to discuss.

Thanks,
Justin



**Justin Owens**
Partner
JOwens@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4076
stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Christopher Prince <cprince@lesnickprince.com>
**Sent:** Wednesday, April 8, 2026 1:02 PM
**To:** Owens, Justin N. <JOwens@stradlinglaw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Any update?

---

**From:** Owens, Justin N. <JOwens@stradlinglaw.com>

**Sent:** Monday, March 30, 2026 6:37 PM
**To:** Christopher Prince <cprince@lesnickprince.com>
**Subject:** Re: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Chris,

Confirming receipt of your email. The lead attorney on this matter, Jeremy Suiter, left the firm just last week. I will need to get up to speed and circle back.

Regards,
Justin



**Justin Owens**
Partner
JOwens@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4076
stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Christopher Prince <cprince@lesnickprince.com>
**Sent:** Thursday, March 26, 2026 3:30 PM
**To:** Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>
**Cc:** DANIEL.SCHECTER@lw.com <daniel.schecter@lw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Counsel,

I represent Dean and Dikla Unatin in the matter in which the subpoena discussed below was issued.  I am copying Daniel Schecter who can confirm that my firm has substituted in as counsel in place of Latham & Watkins.

As you may know, the litigation was stayed voluntarily by the parties for a long period during settlement negotiations.  It has been reactivated for several months now, and the Unatins are seeking the documents and testimony required by the subpoena (as modified by the

bankruptcy court's order on the motion to quash).  Please let me know if you still represent Gavrieli Brands in connection with the subpoena.

Regards,

Chris Prince



**Christopher E. Prince**
Lesnick Prince Pappas & Alverson LLP
315 West Ninth Street, Suite 705
Los Angeles, California  90015
t    213.291.8984
f    213.493.6596
cprince@lesnickprince.com
www.lesnickprince.com

---

**From:** LReiner@stradlinglaw.com <LReiner@stradlinglaw.com>
**Sent:** Wednesday, March 13, 2024 5:39 PM
**To:** Tara.McCortney@lw.com
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com; Hanna.Kostamaa@lw.com; JSuiter@stradlinglaw.com; GJones@stradlinglaw.com; JOwens@stradlinglaw.com; smjohnson@stradlinglaw.com; JGraziano@stradlinglaw.com
**Subject:** Re: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Tara,

We understand the parties previously extended the standstill by longer than two weeks and are still negotiating. To remain pencils down and avoid reconfirming every two weeks we will adjust our deadlines to two weeks after the standstill or negotiations end. Please let me know if you want to discuss.

Best,
Lila

Lila Reiner
Associate

**From:** Reiner, Lila <LReiner@stradlinglaw.com>
**Sent:** Friday, February 23, 2024 5:52 PM
**To:** Tara.McCortney@lw.com <Tara.McCortney@lw.com>
**Cc:** DANIEL.SCHECTER@lw.com <DANIEL.SCHECTER@lw.com>;
Alexandra.Ibrahim@lw.com <Alexandra.Ibrahim@lw.com>;
Hanna.Kostamaa@lw.com <Hanna.Kostamaa@lw.com>; Suiter, Jeremy
<JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N.
<JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>; Graziano,
Jojo <JGraziano@stradlinglaw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Tara,

We understand that the parties have agreed to another two-week extension of the current stay. We
will adjust our deadlines accordingly.  Please let me know if you want to discuss.


Best,
Lila




**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055



stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is
privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately. Thank you.

---

**From:** Tara.McCortney@lw.com <Tara.McCortney@lw.com>

**Sent:** Thursday, February 8, 2024 5:54 PM
**To:** Reiner, Lila <LReiner@stradlinglaw.com>
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com; Hanna.Kostamaa@lw.com; Suiter,
Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N.
<JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>; Graziano, Jojo
<JGraziano@stradlinglaw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Lila,

That's fine with us, as long as the Court extends the fact discovery deadline to reflect the standstill in
the Parties' litigation.

Best,

Tara

**Tara McCortney**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7817

---

**From:** Reiner, Lila <LReiner@stradlinglaw.com>
**Sent:** Thursday, February 8, 2024 4:31 PM
**To:** McCortney, Tara (LA) <Tara.McCortney@lw.com>
**Cc:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; Ibrahim, Alexandra (CC)
<Alexandra.Ibrahim@lw.com>; Kostamaa, Hanna (CC) <Hanna.Kostamaa@lw.com>; Suiter, Jeremy
<JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N.
<JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>; Graziano, Jojo
<JGraziano@stradlinglaw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Tara,

We understand that the parties have agreed to a two-week extension of the current stay. We will
adjust our deadlines accordingly.  Please let me know if you want to discuss.

Best,
Lila



**Lila Reiner**

she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055



stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is
privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately. Thank you.

---

**From:** Reiner, Lila
**Sent:** Monday, January 29, 2024 7:55 PM
**To:** Tara.McCortney@lw.com
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com; Hanna.Kostamaa@lw.com; Suiter,
Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N.
<JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>; Graziano, Jojo
<JGraziano@stradlinglaw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Tara,

We understand that the parties have agreed to a two-week stay. We will adjust our deadlines
accordingly.  Please let me know if you want to discuss.

Best,
Lila



**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

**D:** 949 725 4055



[stradlinglaw.com](stradlinglaw.com) | [LinkedIn](LinkedIn)

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Tara.McCortney@lw.com <Tara.McCortney@lw.com>
**Sent:** Wednesday, January 17, 2024 2:31 PM
**To:** Reiner, Lila <LReiner@stradlinglaw.com>; Hanna.Kostamaa@lw.com; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Lila,

Circling back to what we discussed last Friday – we are in agreement as to the Company serving its responses and objections to the document subpoena by February 2, with a rolling document production to follow, with the Company's document production to be substantially complete by February 23.  For the 30(b)(6) depositions, we propose that those take place the week of March 11.  Can you please confirm your witnesses' availability for those depositions the week of March 11?

Many thanks,

Tara

**Tara McCortney**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7817

---

**From:** Reiner, Lila <LReiner@stradlinglaw.com>
**Sent:** Tuesday, January 9, 2024 5:34 PM
**To:** Kostamaa, Hanna (CC) <Hanna.Kostamaa@lw.com>; McCortney, Tara (LA) <Tara.McCortney@lw.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Johnson, Suzanne

<smjohnson@stradlinglaw.com>

**Cc:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; Ibrahim, Alexandra (CC) <Alexandra.Ibrahim@lw.com>

**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Hanna,

1:30 works for us.  I will circulate the calendar invite.

Thanks,
Lila



**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055



stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Hanna.Kostamaa@lw.com <Hanna.Kostamaa@lw.com>
**Sent:** Tuesday, January 9, 2024 3:43 PM
**To:** Reiner, Lila <LReiner@stradlinglaw.com>; Tara.McCortney@lw.com; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Lila,

We are available between 1-2PM on Friday, 1/12.  If that works for you, could you please circulate an invite?

Thanks,
Hanna

**Hanna Kostamaa**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5438

---

**From:** Reiner, Lila <LReiner@stradlinglaw.com>
**Sent:** Tuesday, January 9, 2024 1:54 PM
**To:** McCortney, Tara (LA) <Tara.McCortney@lw.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>
**Cc:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; Ibrahim, Alexandra (CC) <Alexandra.Ibrahim@lw.com>; Kostamaa, Hanna (CC) <Hanna.Kostamaa@lw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Tara,

Can you please send me your team's availability for a call on either Thursday, 1/11 or Friday 1/12, or next week,  to meet and confer regarding scheduling the deposition and the document subpoena?

Thank you,
Lila



**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055

[stradlinglaw.com](stradlinglaw.com) | [LinkedIn](LinkedIn)

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** [Tara.McCortney@lw.com](Tara.McCortney@lw.com) <[Tara.McCortney@lw.com](Tara.McCortney@lw.com)>
**Sent:** Thursday, January 4, 2024 2:25 PM
**To:** Reiner, Lila <[LReiner@stradlinglaw.com](LReiner@stradlinglaw.com)>; Suiter, Jeremy <[JSuiter@stradlinglaw.com](JSuiter@stradlinglaw.com)>; Jones, Gregory <[GJones@stradlinglaw.com](GJones@stradlinglaw.com)>; Owens, Justin N. <[JOwens@stradlinglaw.com](JOwens@stradlinglaw.com)>; Johnson, Suzanne <[smjohnson@stradlinglaw.com](smjohnson@stradlinglaw.com)>
**Cc:** [DANIEL.SCHECTER@lw.com](DANIEL.SCHECTER@lw.com); [Alexandra.Ibrahim@lw.com](Alexandra.Ibrahim@lw.com); [Hanna.Kostamaa@lw.com](Hanna.Kostamaa@lw.com)
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Lila,

As you know, the Court ordered us on December 1, 2023 to meet and confer to schedule these 30(b)(6) depositions in January 2024.  The Company has separately had the document subpoena since November 17, 2023 (though the Company did not accept service until December 6, 2023).  We do not see a reason to delay today's meet and confer in order to speak with your client about a document subpoena that the Company's counsel has possessed for nearly two months.  Please let us know when you are available to meet and confer tomorrow or next week so that we may avoid further discovery delays.

Thanks,

Tara

**Tara McCortney**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7817

---

**From:** Reiner, Lila <[LReiner@stradlinglaw.com](LReiner@stradlinglaw.com)>
**Sent:** Thursday, January 4, 2024 1:11 PM
**To:** McCortney, Tara (LA) <[Tara.McCortney@lw.com](Tara.McCortney@lw.com)>; Suiter, Jeremy <[JSuiter@stradlinglaw.com](JSuiter@stradlinglaw.com)>; Jones, Gregory <[GJones@stradlinglaw.com](GJones@stradlinglaw.com)>; Owens, Justin N. <[JOwens@stradlinglaw.com](JOwens@stradlinglaw.com)>;

Johnson, Suzanne <smjohnson@stradlinglaw.com>
**Cc:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; Ibrahim, Alexandra (CC)
<Alexandra.Ibrahim@lw.com>; Kostamaa, Hanna (CC) <Hanna.Kostamaa@lw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Hi Tara,

We need to reschedule today's call so we may discuss your latest email with our client.  We will
propose new dates/times shortly.

Thank you,
Lila



**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055



stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is
privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately. Thank you.

**From:** Tara.McCortney@lw.com <Tara.McCortney@lw.com>
**Sent:** Wednesday, January 3, 2024 6:13 PM
**To:** Reiner, Lila <LReiner@stradlinglaw.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones,
Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Johnson,
Suzanne <smjohnson@stradlinglaw.com>
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com; Hanna.Kostamaa@lw.com
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Lila,

Circling back to this – we think a January 17 production deadline is reasonable given that we first sent this subpoena to you on November 17, 2023, and you have now had nearly a month since the effective date of service to review it.  As you know, the deadline for fact discovery in this matter is March 31, 2024, and Plaintiff has yet to receive virtually any document discovery in this proceeding.

Best,

Tara

**Tara McCortney**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7817

---

**From:** Reiner, Lila <LReiner@stradlinglaw.com>
**Sent:** Wednesday, December 6, 2023 12:31 PM
**To:** McCortney, Tara (LA) <Tara.McCortney@lw.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>
**Cc:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; Ibrahim, Alexandra (CC) <Alexandra.Ibrahim@lw.com>; Kostamaa, Hanna (CC) <Hanna.Kostamaa@lw.com>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Dear Tara,

We have been authorized to accept service of the new document subpoena on behalf of Gavrieli Brands. Because the production deadline for that subpoena was yesterday, we will need to coordinate with you about a mutually agreeable response date after the holidays.

Best,
Lila



**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055



[stradlinglaw.com](stradlinglaw.com) | [LinkedIn](LinkedIn)

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** [Tara.McCortney@lw.com](Tara.McCortney@lw.com) <[Tara.McCortney@lw.com](Tara.McCortney@lw.com)>
**Sent:** Monday, November 27, 2023 10:51 AM
**To:** Reiner, Lila <[LReiner@stradlinglaw.com](LReiner@stradlinglaw.com)>; Suiter, Jeremy <[JSuiter@stradlinglaw.com](JSuiter@stradlinglaw.com)>; Jones, Gregory <[GJones@stradlinglaw.com](GJones@stradlinglaw.com)>; Owens, Justin N. <[JOwens@stradlinglaw.com](JOwens@stradlinglaw.com)>; Johnson, Suzanne <[smjohnson@stradlinglaw.com](smjohnson@stradlinglaw.com)>
**Cc:** [DANIEL.SCHECTER@lw.com](DANIEL.SCHECTER@lw.com); [Alexandra.Ibrahim@lw.com](Alexandra.Ibrahim@lw.com); [Hanna.Kostamaa@lw.com](Hanna.Kostamaa@lw.com)
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Counsel,

Following up on this – please let us know if you will accept service on behalf of the Company.

Best,

Tara

**Tara McCortney**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7817

---

**From:** Reiner, Lila <[LReiner@stradlinglaw.com](LReiner@stradlinglaw.com)>
**Sent:** Tuesday, November 21, 2023 3:12 PM
**To:** McCortney, Tara (LA) <[Tara.McCortney@lw.com](Tara.McCortney@lw.com)>; Suiter, Jeremy <[JSuiter@stradlinglaw.com](JSuiter@stradlinglaw.com)>; Jones, Gregory <[GJones@stradlinglaw.com](GJones@stradlinglaw.com)>; Owens, Justin N. <[JOwens@stradlinglaw.com](JOwens@stradlinglaw.com)>; Johnson, Suzanne <[smjohnson@stradlinglaw.com](smjohnson@stradlinglaw.com)>
**Cc:** Schecter, Daniel (CC) <[DANIEL.SCHECTER@lw.com](DANIEL.SCHECTER@lw.com)>; Ibrahim, Alexandra (CC) <[Alexandra.Ibrahim@lw.com](Alexandra.Ibrahim@lw.com)>; Kostamaa, Hanna (CC) <[Hanna.Kostamaa@lw.com](Hanna.Kostamaa@lw.com)>
**Subject:** RE: Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Dear Tara,

Confirming receipt of your message. We will let you know whether we have authorization to accept service.

Thank you,
Lila



**Lila Reiner**
she/her/hers
Associate
LReiner@stradlinglaw.com

Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4055



stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Tara.McCortney@lw.com <Tara.McCortney@lw.com>
**Sent:** Friday, November 17, 2023 1:44 PM
**To:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Jones, Gregory <GJones@stradlinglaw.com>; Owens, Justin N. <JOwens@stradlinglaw.com>; Reiner, Lila <LReiner@stradlinglaw.com>; Johnson, Suzanne <smjohnson@stradlinglaw.com>
**Cc:** DANIEL.SCHECTER@lw.com; Alexandra.Ibrahim@lw.com; Hanna.Kostamaa@lw.com
**Subject:** Adv. No. 2:21-ap-01034 | Subpoena to Produce Documents

Counsel:

Earlier this week, the Court granted in part Plaintiff's Motion to Compel the production of documents from Defendant.  We attach a copy of that Order.  As you can see, the Court made clear that Plaintiff is entitled to information about the Company and the Court revised Plaintiff's RFPs as reflected in the Order.  During the hearing, the Court expressly noted that Plaintiff likely will need to seek a number of these documents from the Company, and also noted that to the extent Plaintiff

uses the RFPs as revised in the Order, the Court has effectively deemed those RFPs appropriate.

In light of the Order on the Motion to Compel, we are withdrawing the subpoena for documents served on Gavrieli Brands, LLC on 8/28/2023, and are issuing the attached document subpoena which incorporates verbatim the RFPs in the Court's Order on Plaintiff's Motion to Compel, with the addition of a few document requests consistent with the Court's Order and the Court's comments at the hearing.

Please confirm that you will accept service of the attached on behalf of Gavrieli Brands, LLC by the close of business on November 21, 2023.

Best,

Tara

**Tara McCortney**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7817
Fax: +1.213.891.8763
Email: tara.mccortney@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Lesnick Prince Pappas & Alverson LLP, 315 W. 9th Street, Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled **PLAINTIFF DIKLA GAVRIELI'S APPLICATION FOR ORDER TO SHOW CAUSE WHY NOMINAL DEFENDANT GAVRIELI BRANDS, LLC SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTOPHER E. PRINCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/20/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gregory K Jones**    gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
- **Robert Allan Kors (TR)**    robertkorstrustee@gmail.com
- **Allison L Libeu**    alibeu@hueston.com, sjones@hueston.com
- **William N Lobel**    blobel@wghlawyers.com, mmason@tocounsel.com
- **Kerri A Lyman**    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;porpe@lesnickprince.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-7245@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/20/2026 | Lisa R. Patel | /s/Lisa R. Patel |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**