| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>cprince@lesnickprince.com<br>LISA R. PATEL (SBN 341574)<br>lpatel@lesnickprince.com<br>LESNICK PRINCE PAPPAS & ALVERSON LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA 90015<br>T: (213) 493-6496<br>F: (213) 493-6596 | |

☐ *Individual appearing without attorney*
☒ *Attorney for*   Plaintiff Dikla Gavrieli

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>KFIR GAVRIELI<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-10826-BB<br>CHAPTER: 11<br>ADVERSARY NO.: 2:21-ap-01034-BB |
|---|---|
| DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC,<br><br>Plaintiff(s),<br>vs.<br>KFIR GAVIELI, an individual,<br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): <u>Application for Order to Show Cause Why Nominal Defendant Gavriel Brands. LLC Should Not Be Held in Contempt</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>"Order to Show Cause Why Nominal Defendant Gavrieli Brands, LLC Should Not Be Held in Contempt for Failure to Respond to Subpoena"</u> was lodged on (*date*) __04/20/2026__ and is attached.  This order relates to the motion which is docket number <u>368</u> .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

CHRISTOPHER E. PRINCE (SBN 183553)
  cprince@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA  90015
T: (213) 493-6496
F:  (213) 493-6596

Attorneys for Plaintiff Dikla Gavrieli,
individually and derivatively on behalf of
Gavrieli Brands, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>                    Debtor. | Case No.  2:21-bk-10826-BB<br><br>Chapter 11 |
| DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>KFIR GAVIELI, an individual,<br><br>                    Defendant.<br><br>-and-<br><br>GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>                    Nominal Defendant. | Adv. No.  2:21-ap-01034-BB<br><br>**ORDER TO SHOW CAUSE WHY NOMINAL DEFENDANT GAVRIELI BRANDS, LLC SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO RESPOND TO SUBPOENA**<br><br>————————————————<br><br>Hearing Information:<br>Date:   May 12, 2026<br>Time:   2:00 p.m.<br>Place:  Courtroom 1539<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>        Or Remotely Via ZoomGov |

        Plaintiff Dikla Gavrieli a/k/a Dikla Gavrieli Unatin, individually and derivatively on behalf of Gavrieli Brands, LLC ("Plaintiff") filed an "Application for Order to Show Cause Why Nominal Defendant Gavrieli Brands, LLC ("Defendant") Should Not be Held in Contempt for Failure to Respond to Subpoena" [Dkt. No. 368] (the "Application").

1

After reviewing the Application and good cause appearing,

IT IS ORDERED THAT:

1.      Defendant is hereby ordered to show cause why it should not be held in contempt of this Court for failure to comply with a subpoena for documents and testimony issued by Plaintiff and served on November 17, 2023 (the "Subpoena"), and for failure to comply with this Court's order entered on December 1, 2023, which granted in part and denied in part Defendant's motion to quash and required compliance with the Subpoena as modified.

2.      The allegedly contemptuous conduct includes, without limitation: (a) Defendant's failure to produce documents responsive to the Subpoena; (b) Defendant's failure to appear for testimony as required by the Subpoena; and (c) Defendant's failure to comply with the Court's December 1, 2023 order directing compliance with the Subpoena, all without adequate justification.

3.      Defendant shall file with the Court and serve on Plaintiff a written explanation, if any, why it should not be held in contempt, no later than _____, 2026.

4.      Defendant is further ordered to appear in person (or through counsel, as permitted by the Court) at a hearing on this Order to Show Cause on _____, 2026, at _____ _.m., in Courtroom _____ of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, CA 90012, and show cause why it should not be held in contempt.

5.      Defendant is advised that failure to timely file and serve a written explanation and/or failure to appear at the hearing may be deemed consent to the issuance of a contempt order and the imposition of sanctions without further notice.

6.      The Court may impose sanctions if it determines that Defendant is in contempt, including but not limited to: (a) monetary sanctions, including attorneys' fees and costs incurred by Plaintiff in connection with enforcing the Subpoena; (b) an order

2

compelling compliance with the Subpoena by a date certain; and (c) such other and further sanctions as the Court deems just and proper.

###

 **Adversary LODGED ORDER UPLOAD FORM**

Monday, April 20, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11346566.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Gavrieli et al v. Gavrieli et al
- **Case Number**: 21-01034
- **Judge Initial**: BB
- **Case Type**: ap ( Adversary )
- **Document Number**: 368
- **On Date**: 04/20/2026 @ 01:02 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 315 W. Ninth Street, Suite 705, Los Angeles, CA 90015.


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____04/20/2026____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___04/20/2026___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
 Email:
 Justin Owens - jowens@stradlinglaw.com

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/20/2026 | Lisa R. Patel | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Notice of Electronic Filing:

**Gregory K Jones** gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
**Robert Allan Kors (TR)** robertkorstrustee@gmail.com
**Allison L Libeu** alibeu@hueston.com, sjones@hueston.com
**William N Lobel** blobel@wghlawyers.com, mmason@tocounsel.com
**Kerri A Lyman** klyman@steptoe.com, #-
FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell
@steptoe.com
**Christopher E Prince** cprince@lesnickprince.com,
jmack@lesnickprince.com;cprince@ecf.courtdrive.com;porpe@lesnickprince.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
**Richard Lee Wynne** richard.wynne@hoganlovells.com,
tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-
7245@ecf.pacerpro.com