| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Allison L. Libeu (Bar No. 244487)<br>alibeu@hueston.com<br>Hueston Hennigan LLP<br>620 Newport Center Dr.<br>Suite 1300<br>Newport Beach, CA 92660<br>(949) 229-8640<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*   J. Michael Issa, PED Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>KFIR GAVRIELI<br><br><br><br>Debtor(s). | CASE NO.:  2:21-bk-10826-BB<br>CHAPTER:  11<br>ADVERSARY NO.:  2:21-ap-01034-BB |
| DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC, a California limited liability company<br><br>Plaintiff(s),<br><br>vs.<br><br>KFIR GAVRIELI, an individual, and<br>GAVRIELI BRANDS, LLC, a California limited liability company<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): The Post-Effective Date Trustee's Motion for Leave to File Under Seal |

PLEASE TAKE NOTE that the order or judgment titled Order on the Post-Effective Date Trustee's Motion for Leave to File Under Seal
was lodged on (*date*)  04/21/2026  and is attached.  This order relates to the motion which is docket number 379 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

HUESTON HENNIGAN LLP
Marshall A. Camp (SBN 231389)
*mcamp@hueston.com*
Allison Libeu (SBN 244487)
*alibeu@hueston.com*
Justin M. Greer (SBN 318086)
*jgreer@hueston.com*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone:    (213) 788-4340
Facsimile:    (888) 775-0898

Attorneys for J. Michael Issa,
the Post-Effective Date Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>       Debtor. | Case No.: 2:21-bk-10826-BB<br><br>Chapter 11 Case<br><br>Adversary No.: 2:21-ap-01034-BB |
| DIKLA GAVRIELI a/k/a DIKLA GAVRIELI UNATIN, individually and derivatively on behalf of GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>    vs.<br><br>KFIR GAVRIELI, an individual,<br><br>    - and -<br><br>GAVRIELI BRANDS, LLC, a California limited liability company,<br><br>       Nominal Defendant. | **ORDER ON THE POST-EFFECTIVE DATE TRUSTEE'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. Sheri Bluebond |

ORDER ON PED TRUSTEE'S MOTION FOR LEAVE TO FILE UNDER SEAL

7378032

On April 21, 2026, the Post-Effective Date Trustee ("Trustee") filed a Notice of Motion and Motion for Leave to File Under Seal [Dkt. No. 379] ("Motion"). Having reviewed the Motion, service being proper, and good cause appearing,

**IT IS HEREBY ORDERED that:**

1. The Motion is GRANTED.

2. The Trustee is authorized to file the unredacted versions of the Declaration of Justin M. Greer in Support of Request for Sanctions ("Greer Declaration") and Exhibits D–F to the Greer Declaration under seal.

###

- 2 -

ORDER ON PED TRUSTEE'S MOTION FOR LEAVE TO FILE UNDER SEAL

7378032

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 620 Newport Center Drive, Suite 1300, Newport Beach, CA 92660


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 4/21/2026             , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 Christopher E. Prince
 LESNICK PRINCE PAPPAS & ALVERSON LLP
 315 West Ninth Street, Suite 705
 Los Angeles, CA 90015
 cprince@lesnickprice.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/21/2026 | Kristin McCarthy | */s/Kristin McCarthy* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |


---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* **F 9021-1.2.ADV.NOTICE.LODGMENT**